In the Matter of the Arbitration between THE NATIONAL BANK OF THE REPUBLIC et al., Appellant, and ROBERT L. DARRAGH, Respondent.

(Argued October 2, 1883 ; decided October 9, 1883.)

*Fisher A. Baker* for appellants.

*Joseph H. Choate* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

MARY McGLYNN, Respondent, *v.* THE BROOKLYN CITY AND NEWTOWN RAILROAD COMPANY, Appellant.

(Argued October 5, 1883 ; decided October 23, 1883.)

*George A. Strong* and *Charles B. Alexander* for appellant.

*Samuel A. Morris* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.

---

DANIEL GOLDSCHMIDT, Respondent, *v.* CLAUDE CHAFFANJON, Impleaded, etc., Appellant.

(Submitted October 11, 1883 ; decided October 26, 1883.)

*Louis Mathot* for appellant.

*William G. Wilson* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed.